There is no statement of facts in the record, nor do we find any bill of exception. The proceedings appear to have been regular.

The judgment of the trial court is affirmed.

## LANDRETH v. STATE.
### No. 24841.

Court of Criminal Appeals of Texas.
June 14, 1950.

## Ex parte STANSBURY.
### No. 24874.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged by complaint and information with the offense of driving a motor vehicle upon a public highway while intoxicated. Having waived a jury, he pleaded guilty before the court. He was found guilty and his penalty assessed at a fine of fifty dollars.